THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **06-52103**
**DANIEL WILLIAM HENDERSON** )
**CHRISTY HENDERSON** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **WELLS FARGO BANK, NA**
   **Check No. 755053**
   **Claim #29-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $119.37 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **10/22/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 762394*
*receipt # 81872*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**DANIEL WILLIAM HENDERSON**
**364 REED AVENUE**
**AKRON, OH 44301**
**(Via Regular Mail)**

**CHRISTY HENDERSON**
**364 REED AVENUE**
**AKRON, OH 44301**
**(Via Regular Mail)**

**RICHARD E BERKOWITZ (via ECF)**

**WELLS FARGO BANK, NA**
**PO BOX 829009**
**DALLAS, TX 75382-9009**
**(via Regular Mail)**

Date of Service: **10/22/2010**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com