THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: **06-52103** |
| **DANIEL WILLIAM HENDERSON** | ) |
| **CHRISTY HENDERSON** | ) MARILYN SHEA-STONUM |
| | ) BANKRUPTCY JUDGE |
| Debtor(s) | ) |
| | ) TRANSMITTAL OF UNCLAIMED FUNDS |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **RICHARD E BERKOWITZ**
   **Check No. 757823**
   **Claim #798**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$4.10** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*ck # 768392*
*receipt # 82002*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| DANIEL WILLIAM HENDERSON<br>364 REED AVENUE<br>AKRON, OH 44301<br>(Via Regular Mail) | CHRISTY HENDERSON<br>364 REED AVENUE<br>AKRON, OH 44301<br>(Via Regular Mail) |

RICHARD E BERKOWITZ (via ECF)

RICHARD E BERKOWITZ
GRAND WOODLANDS
14 WHITEHALL DRIVE SUITE 101
TALLMADGE, OH 44278
(via Regular Mail)

Date of Service: **12/13/2010**       By: **JoAnn Romig**
                                         Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com